U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 15 2014

TONY R. MO___, ___ERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN BRILEY | CIVIL ACTION NO. 3:14-cv-0642 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| OUACHITA PARISH CORRECTIONS CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15 day of May, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE